```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F05-0015--CV (RRB)
            "MICHAEL JENKINS ET AL V JAMES E. JOHNSON"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 03/31/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (423) Withdrawal
                   BANKRUPTCY WITHDRAWAL OF REFERENCE
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | JENKINS, MICHAEL | Michael A. MacDonald<br>Downes MacDonald et al<br>1008 16th Avenue, Suite 200<br>Fairbanks, AK 99701<br>907-452-5196 |
| PLF 2.1 | JENKINS, MARIANNE | Michael A. MacDonald<br>(see above) |
| DEF 1.1 | JOHNSON, JAMES E. | Peter J. Aschenbrenner<br>Aschenbrenner Law Office<br>POB 73998<br>Fairbanks, AK 99707-3998<br>907-456-3910<br>FAX 907-456-8064 |
| DEF 2.1 | JOHNSON DEALERSHIP INC | Peter J. Aschenbrenner<br>(see above) |
| DEF 3.1 | MOTORS INC | Peter J. Aschenbrenner<br>(see above) |
| DEF 4.1 | FAIRBANKS NISSAN INC | Peter J. Aschenbrenner<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F05-0015--CV (RRB)
              "MICHAEL JENKINS ET AL V JAMES E. JOHNSON"

                        For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/31/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (423) Withdrawal
                    BANKRUPTCY WITHDRAWAL OF REFERENCE
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:


Document #   Filed       Docket text

    1 -   1  03/31/05    PLF 1-2 motion to remove bankruptcy referral of Adv Case No
                         04-90052-DMD. cc: cnsl, U.S. Trustee, Bankruptcy Court Clerk, L. Compton
                         (w/copy of transmittal to all)

    1 -   2  03/31/05    DEF 1-4 non-opposition to PLF 1-2 motion to remove bankruptcy referral
                         of Adv Case No 04-90052-DMD. cc: cnsl, U.S. Trustee, Bankruptcy Court
                         Clerk, L. Compton (1-1).

    2 -   1  04/19/05    JKS Minute Order recusing himself; case is reassigned to Judge
                         Beistline; use case number A05-063 CV (RRB) on all future filings. cc:
                         cnsl, Judge Beistline

    3 -   1  04/21/05    RRB Minute Order re: notice of withdrawal of reference to USDC and
                         order.  Plf cnsl to file a joint status report w/in 15 days as stated.
                         cc: cnsl

    4 -   1  05/19/05    DEF 1-4 Notice of pending motions.

    4 -   2  05/19/05    PLF 1-2 motion for remand.

    4 -   3  05/19/05    DEF 1-4 opposition to PLF 1-2 motion for remand. (4-2)

    5 -   1  05/19/05    DEF 1-4 Joint Status Report.

    6 -   1  06/02/05    PLF 1-2 reply to opposition to PLF 1-2 motion for remand (4-2).

    7 -   1  06/07/05    RRB Order denying motion for remand (4-2).  cc: cnsl, Bankruptcy Court

    8 -   1  06/09/05    RRB Order granting motion to to withdraw reference from bankruptcy court
                         (Adv Case No 04-90052-DMD) nunc pro tunc to April 20, 2005 (1-1).  The
                         request to transfer this matter for Fairbanks is GRANTED.  The clerk
                         will transfer this matter to Fairbanks for all further proceedings.  The
                         parties to use case number F05-0015 CV (RRB).  cc: cnsl, Bankruptcy
                         Court

 NOTE -   1  06/10/05    Notation: CASE TRANSFERRED TO FAIRBANKS - ALL FUTURE FILINGS TO BE FILED
                         IN CASE F05-0015 CV (RRB).


ACRS: R_VDSDX             As of 10/31/05 at 5:20 PM by GARRY                       Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F05-0015--CV (RRB)
                      "MICHAEL JENKINS ET AL V JAMES E. JOHNSON"

                              For all filing dates


Document #   Filed      Docket text

     9 -  1  07/01/05   RRB Minute Order scheduling status conference for Friday July 15,2005 at
                        9:00 a.m. cc: CNSL,Judge Beistline.

    10 -  1  07/15/05   RRB Court Minutes [ECR: Jennifer Roberts]  Status conference held
                        7-15-05. Answer to be filed by 7-29-05. Initial disclosures to be filed
                        by 8-12-05. Court will schedule another status conference in October
                        2005.  cc: cnsl; Judge Beistline.

    11 -  1  07/29/05   DEF 1-4 Answer to Counterclaim.

    12 -  1  09/26/05   RRB Minute Order from chambers scheduling status hearing for friday
                        October 28,2005 at 10:00 a.m. in Fairbanks cc: cnsl

    13 -  1  10/18/05   RRB Minute Order from chambers: Status hrg set for 10/28/05 is vacated
                        and reset for 10/20/05 at 9:30 a.m. in fairbanks. Cnsl may appear
                        telephonically. cc: cnsl (via fax)

    14 -  1  10/18/05   DOCKET NUMBER NOT USED.

    15 -  1  10/20/05   RRB Court Minutes [ECR: Jennifer Roberts] Status conference held
                        10-20-05. Court will schedule another status hearing in December 2005.
                        cc: cnsl; Judge Beistline.

    16 -  1  10/25/05   RRB Minute Order: status conference to be held on Thursday December
                        22,2005 at 8:30 in Fairbanks, Alaska cc: cnsl,Judge Beistline.
```