**FILED**
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MICHAEL JENKINS ET AL   vs.   JAMES E JOHNSON ET AL

BEFORE THE HONORABLE RALPH R BEISTLINE CASE NO. F05-0015 CV(RRB)
DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

APPEARANCES:   PLAINTIFF: MICHAEL MacDONALD

   DEFENDANT: PETER GIANNINI (telephonic)

PROCEEDINGS: STATUS HEARING HELD 12/22/2005
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

at 8:32 a.m. court convened.

Court and Counsel heard re defendant filed bankruptcy, this action is property of the bankruptcy estate, asked for a 60 day continuance.

Court GRANTED a continuance until March. Court will issue notices to all parties.


at 8:37 a.m. court adjourned.




DATE: 12/22/05    DEPUTY CLERK'S INITIALS: tg


F05-0015--CV (RRB)           U.S. TRUSTEE'S OFFICE
--------------------------
P. ASCHENBRENNER
M. MACDONALD
L. COMPTON