**FILED**

DEC 2 7 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JENKINS   v.   JOHNSON

DATE:   December 27, 2005   CASE NO.   F05-0015 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

A status hearing will be held in this matter on **Friday, March 10, 2006, at 11:00 a.m.**, in Fairbanks, Alaska.

F05-0015--CV (RRB)
--------------------------
- P. ASCHENBRENNER
- M. MACDONALD
- L. COMPTON

12.27.05

- U.S. TRUSTEE'S OFFICE

M.O. SCHEDULING HEARING

18

FILED
DEC 1 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   KAREN KRISTINA KOCH

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                              CASE NO. F05-0042-02CR(RRB)

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 15, 2005

**ARRAIGNMENT** in the above-case is hereby set for **FRIDAY, DECEMBER 16, 2005, at 11:00 a.m.** before Terrance W. Hall, U. S. Magistrate Judge, in Magistrate Judge Courtroom #2, U.S. Courthouse, 101 12th Avenue, Fairbanks, Alaska.

F05-0042--CR (RRB)

B. SCHRODER
US MARSHAL

US PROBATION

[F05-0042CR KOCH MO ARR]{ARRAIGNB.WPD*Rev.03/97}