**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 JENKINS   v.   JOHNSON 

DATE:   March 9, 2006   CASE NO.   4:05-CV-0015-RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE STATUS HEARING**

═══════════════════════════════════════════════════════════


        The status hearing scheduled in this matter on **Friday,
March 10, 2006**, will be held telephonically in Courtroom 2, in
Anchorage, Alaska.  Counsel shall attend by calling Meet-Me-Bridge
A - 677-6246.

RE STATUS HEARING