Gary A. Spraker, Esq.
Alaska Bar No. 9107066
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL JENKINS and <br> MARIANNE JENKINS, <br><br> Plaintiffs, <br> v. <br><br> JAMES E. JOHNSON, JOHNSON <br> DEALERSHIPS, INC., MOTORS, INC., <br> and FARIBANKS NISSAN, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case No.  F05-0015 CV(RRB)** <br> ) |

## MOTION FOR SUBSTITUTION OF REAL PARTY IN INTEREST

Larry Compton, Trustee, through undersigned counsel, files this motion for substitution of real party in interest pursuant to Fed.R.Civ.P. 17(a).

Plaintiffs Michael and Marianne Jenkins originally filed this action against defendants James Johnson, Johnson Dealership, Inc., Motors, Inc., and Fairbanks Nissan, Inc. On October 19, 2005, after filing the action, the Jenkins filed their Chapter 7 bankruptcy petition in the District of Alaska, *In re Jenkins*, Case No. 05-1547 DMD (Bankr. D. Alaska). Pursuant to 11 U.S.C. § 541(a), upon filing of the bankruptcy petition, all property, rights, and interest of the Jenkins as bankruptcy debtors was

Page 1   Motion for Substitution of Real Party In Interest
     H:\2808\US District Court Case\Motion for Substitution of Real Party in Interest.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

transferred to their bankruptcy estate as a matter of law. This includes all causes of action such as their claims against defendants in the instant case. The Jenkins have not sought to exempt this cause of action. Accordingly, the claims asserted against defendants are property of the bankrutpcy estate of *In re Jenkins,* Case No. 05-1547 (Bankr. D. Alaska). Larry Compton, as the duly appointed Chapter 7 Trustee in that bankruptcy is the real party in interest entitled to pursue the causes of action originally asserted by Michael and Marianne Jenkins.

For these reasons, the Trustee requests entry of an order substituting him as the real party in interest, in his capacity as Trustee for the Jenkin's bankruptcy estate.

DATED this 28th day of April, 2006.

                                CHRISTIANSON & SPRAKER
                                Attorneys for Larry Compton, Trustee

                                By:  /s/ Gary Spraker
                                    Gary Spraker

The undersigned hereby certifies that on this 28th day of April, 2006, a true and correct copy of the above document was served on:

- Peter J. Aschenbrenner, Esq.  
 Aschenbrenner Law Office  
 P.O. Box 73998  
 Fairbanks, AK 99707

- Michael A. MacDonald, Esq.  
 MacDonald & Levengood, P.C.  
 1008 16th Avenue, Suite 200  
 Fairbanks, AK 99701

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:  /s/Susan VanSchooten
      Susan VanSchooten

Page 2   Motion for Substitution of Real Party In Interest
        H:\2808\US District Court Case\Motion for Substitution of Real Party in Interest.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026