Gary A. Spraker, Esq.
Alaska Bar No. 9107066
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL JENKINS and <br> MARIANNE JENKINS, <br><br> Plaintiffs, <br> v. <br><br> JAMES E. JOHNSON, JOHNSON <br> DEALERSHIPS, INC., MOTORS, INC., <br> and FARIBANKS NISSAN, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case No.  F05-0015 CV(RRB)** <br> ) |

### Proposed - ORDER GRANTING MOTION FOR SUBSTITUTION OF REAL PARTY IN INTEREST

This matter having come before Larry Compton, Trustee's *Motion for Substitution of Real Party in Interest*, the Court having reviewed the motion, being duly informed, and good cause appearing;

IT IS HEREBY ORDERED that Larry Compton, Chapter 7 for *In re Jenkins*, Case No. 05-1547 DMD (Bankr. D. Alaska) shall be substituted as the real party in interest pursuant to Fed.R.Civ.P. 17(a) for plaintiffs Michael and Marianne Jenkins, in his capacity as Trustee for the Jenkin's bankruptcy estate.

Page 1   Order Granting Motion for Substitution of Real Party In Interest
    H:\2808\US District Court Case\Substitution - Order.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

DATED this _____ day of April, 2006.

By:_____
    Ralph R. Beistline
    U. S. District Court Judge

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 2   Order Granting Motion for Substitution of Real Party In Interest
       H:\2808\US District Court Case\Substitution - Order.wpd