Gary A. Spraker, Esq.
Alaska Bar No. 9107066
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL JENKINS and<br>MARIANNE JENKINS,<br><br>        Plaintiffs,<br>   v.<br><br>JAMES E. JOHNSON, JOHNSON<br>DEALERSHIPS, INC., MOTORS, INC.,<br>and FARIBANKS NISSAN, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No.  F05-0015 CV(RRB)**<br>) |

## PLAINTIFF'S STATUS REPORT

Larry Compton, Trustee, through undersigned counsel, files this status report with the Court.  The Trustee is moving the Court for substitution as real party in interest in this action pursuant to the Jenkins' filing of their Chapter 7 bankruptcy petition.   The Trustee has obtained written documents from both the Jenkins and Defendants, including their initial disclosures.  Based upon the Trustee's review of these documents, however, it has become apparent that it is necessary to interview the Jenkins and several key witnesses before the Trustee can evaluate the reasonableness of any settlement proposal as required

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

under the Bankruptcy Code.[1] It is the Trustee's understanding that Defendants' counsel continues to support settlement negotiations, and if necessary a settlement conference.

The Trustee is co-ordinating the interviews of the Jenkins and a handful of other witnesses. For this reason, the Trustee requests that this matter be continued until **June 12, 2006**, to allow the Trustee to conduct his investigation and engage in settlement negotiations with Defendants.

DATED this 28th day of April, 2006.

CHRISTIANSON & SPRAKER
Attorneys for Larry Compton, Trustee

By: /s/ Gary Spraker
    Gary Spraker

The undersigned hereby certifies that on this 28th day of April, 2006, a true and correct copy of the above document was served on:

- Peter J. Aschenbrenner, Esq.
  Aschenbrenner Law Office
  P.O. Box 73998
  Fairbanks, AK 99707

- Michael A. MacDonald, Esq.
  MacDonald & Levengood, P.C.
  1008 16th Avenue, Suite 200
  Fairbanks, AK 99701

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By: /s/Susan VanSchooten
    Susan VanSchooten

---

[1] Under Federal Bankruptcy Rule of Procedure 9019 the Trustee must establish the reasonableness of any settlement and obtain prior Bankruptcy Court approval of any settlement of bankruptcy assets.

Page 2   Plaintiff's Status Report
         H:\2808\US District Court Case\Status Report.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026