UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  MICHAEL JENKINS et al  </u>   v.   <u>  JAMES JOHNSON, et al  </u>

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                         CASE NO.  <u> 4:05-cv-00015-RRB </u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: May 19, 2006

     The court has received a status report dated <u> April 28, 2006 </u>. In that report that plaintiff asked for an extension to file. The report is accepted, and a further status report shall be filed by counsel for plaintiff on or before <u> June 12, 2006 </u>.

[]{IIA4.WPD*Rev.12/96}