Gary A. Spraker, Esq.
Alaska Bar No. 9107066
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(Telephone: (907) 258-6016
Telefax: (907) 258-2026

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY COMPTON, TRUSTEE, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>JAMES E. JOHNSON, JOHNSON )<br>DEALERSHIPS, INC., MOTORS, INC., )<br>and FARIBANKS NISSAN, INC., )<br>)<br>    Defendants. )<br>_____) | **Case No. F05-0015 CV(RRB)** |

## PLAINTIFF'S STATUS REPORT

Larry Compton, Trustee, through undersigned counsel, files this status report with the Court.

Since the last status report, the Trustee has made a settlement offer to Defendants. Defendants rejected the settlement offer, but have agreed to participate in a settlement conference preferably in the second half of July. The parties have conferred and are available on the following dates and times:

      July 25 - Morning
      July 26 - 27 - All day

Page 1  Plaintiff's Status Report
      H:\2808\US District Court Case\Second Status Report.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

The parties also would like to request Judge Holland to conduct the settlement conference, if he is available and willing to do so.

For this reason, the Trustee requests that no pre-trial deadlines be set pending the conclusion of the settlement conference, and that a pre-trial scheduling conference be scheduled shortly after the settlement conference if it should be unsuccessful.

DATED this 12th day of June, 2006.

CHRISTIANSON & SPRAKER
Attorneys for Larry Compton, Trustee


By: /s/ Gary Spraker
    Gary Spraker
    CHRISTIANSON & SPRAKER
    911 West 8th Avenue, Suite 201
    Anchorage, AK 99501
    Phone: (907) 258-6016
    Fax: (907) 258-2026
    E-mail: gary@cslawyers.net
    Alaska Bar No. 9107066

The undersigned hereby certifies that on this 12th day of June, 2006, a true and correct copy of the above document was served on:

- Peter J. Aschenbrenner, Esq.
  Aschenbrenner Law Office
  P.O. Box 73998                                    - Michael A. MacDonald, Esq.
  Fairbanks, AK 99707

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By: /s/Susan VanSchooten
    Susan VanSchooten

Page 2   Plaintiff's Status Report
         H:\2808\US District Court Case\Second Status Report.wpd