### MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

LARRY COMPTON, Trustee          v.   JAMES E. JOHNSON, et al.

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.   4:05cv0015-RRB

    Deputy Clerk                        Official Recorder

    _____             _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

    Settlement conference held.  A settlement was not reached.  There was a good exchange of information about the case.

    Counsel will have further discussions and may request a further session with the settlement judge.