UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


COMPTON   v.   JOHNSON, et al.

DATE:   October 5, 2006         CASE NO.   4:05-cv-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

Pursuant to the request made in the Scheduling and Planning Conference Report at Docket 31, a scheduling conference will be held in this matter on **Thursday, November 2, 2006, at 11:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.  Counsel needing to attend telephonically are to contact Carolyn Bollman at (907) 451-5791 to make arrangements.

M.O. SCHEDULING HEARING