UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  COMPTON  </u>   v.   <u>  JOHNSON, et al.  </u>

DATE:   <u>  October 31, 2006  </u>     CASE NO.   <u>  4:05-CV-0015-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to an ongoing civil jury trial, the scheduling conference set in this matter for November 2, 2006, is **RESCHEDULED** and will be held on **Thursday, November 9, 2006, at 9:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.