## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

COMPTON   v.   JOHNSON, et al.

DATE:   November 6, 2006    CASE NO.   4:05-CV-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS RESCHEDULING HEARING**

═══════════════════════════════════════════════════════════

        Due to an ongoing civil jury trial, the scheduling hearing in this matter set for November 9, 2006, is **RESCHEDULED** and will be held on **Friday, December 1, 2006,** at **9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.