```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 LARRY COMPTON               vs.    JAMES E. JOHNSON, et al

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:05-cv-00015-RRB

DEPUTY CLERK/RECORDER:      ROBIN M. CARTER

APPEARANCES:   PLAINTIFF:   GARY SPRAKER

               DEFENDANT:   PETER ASCHENBRENNER - TELEPHONIC

PROCEEDINGS: SCHEDULING CONFERENCE HELD 12/1/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

Court and counsel heard re scheduling conference.  Plaintiff to file a motion to request a settlement conference before Judge H. Russel Holland.  Counsel to file settlement documents or request a status conference if case has not settled.

At 9:34 a.m. court adjourned.

DATE: December 1, 2006         DEPUTY CLERK'S INITIALS:   rmc