## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  LARRY COMPTON   v.   JAMES E. JOHNSON, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO.  4:05-cv-00015-RRB

 CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 17, 2007

       On December 12, 2006, parties advised that a motion would be filed in this case asking for a settlement conference before Judge H. Russel Holland, or a request for a status conference. Nothing has been filed.

       If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this order or, in the alternative, counsel for plaintiff shall, within said thirty-day period, report the status of the case to the court.

       If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

[ ]{IL2.WPD*Rev.12/96}