Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical Address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing Address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone: (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF ALASKA

LARRY COMPTON,

        Plaintiff,

vs.

JAMES E. JOHNSON, et al,

        Defendants.

Case No. **4:05-cv-00015-RRB**

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS FOR DEFENDANTS JAMES E. JOHNSON, JOHNSON DEALERSHIP, INC., MOTORS, INC. and FAIRBANKS NISSAN, INC.

Pursuant to D. Ak. L.R. 11.1(c)(1), Aschenbrenner Law Offices, Inc. ("ALO") hereby moves the Court for leave to withdraw as attorneys for Defendants James E. Johnson, Johnson Dealership, Inc., Motors, Inc., and Fairbanks Nissan, Inc. in the case of *Jenkins v. Johnson et al*, A05-0063 CV (RRB). The motion is supported by the Affidavit of Peter J. Aschenbrenner filed herewith and by the accompanying memorandum.  A Request for Hearing and proposed Order are lodged herewith.

The last-known and current address and telephone number of said Defendants are as follows:

Jim Johnson
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
907 646-0660

*Compton v. Johnson et al*
Case No. 4:05-cv-00015-RRB
Motion for Leave to Withdraw as Attorneys for Defendants
Page 1

Johnson Dealerships, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
907 646-0660

Motors, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
907 646-0660

Fairbanks Nissan, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
907 646-0660

DATED at Fairbanks, Alaska this _30_ day of January, 2007.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Defendants

By: _____
Peter J. Aschenbrenner
AK Bar No. 7210037

*Compton v. Johnson et al*
Case No. 4:05-cv-00015-RRB
Motion for Leave to Withdraw as Attorneys for Defendants
Page 2

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee
of Aschenbrenner Law Offices, Inc., and she caused to
be served on:

Gary A. Spraker
911 W. 8th Ave. Ste. 201
Anchorage, Alaska 99501

via ECF;

and

Jim Johnson
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Johnson Dealerships, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Motors, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Fairbanks Nissan, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

via First Class Mail;

a copy of the following:

1. Motion for Leave to Withdraw as Attorneys;
2. Memorandum in Support of Motion for Leave to Withdraw as Attorneys;
3. Affidavit of Peter J. Aschenbrenner;
4. Request for Hearing;
5. proposed Order for Withdrawal

on the 31 day of January, 2007.

_____

*Compton v. Johnson et al*
Case No. 4:05-cv-00015-RRB
Motion for Leave to Withdraw as Attorneys for Defendants
Page 3

Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical Address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing Address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone: (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF ALASKA

LARRY COMPTON,

    Plaintiff,

vs.

JAMES E. JOHNSON, et al,

    Defendants.

Case No. **4:05-cv-00015-RRB**

## ORDER FOR WITHDRAWAL

THIS MATTER having come before this Court on Aschenbrenner Law Offices, Inc.'s Motion for Leave to Withdraw as Attorneys, any opposition thereto, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Aschenbrenner Law Offices, Inc. may withdraw as attorneys of record for Defendants James E. Johnson, Johnson Dealership, Inc., Motors, In., and Fairbanks Nissan, Inc. Pending further designation from James E. Johnson, the last-known and current address and telephone number of said Defendants are as follows:

Jim Johnson
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Johnson Dealerships, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Motors, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Fairbanks Nissan, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Defendants' contact numbers are :  907 646-0660


DATED at Fairbanks, Alaska this _____ day of _____, 2007.


_____
District Court Judge