Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical Address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing Address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone: (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ALASKA

LARRY COMPTON,

       Plaintiff,

vs.

JAMES E. JOHNSON, et al,

       Defendants.

Case No. **4:05-cv-00015-RRB**

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS FOR JAMES E. JOHNSON, ET AL

D. Ak L. R 11.1(c) provides in pertinent part as follows:

(1) A motion for leave to withdraw must be accompanied by:
    [A] (i)written consent of the client;
       (ii) substitution of counsel and formal appearance of substituting counsel; or
       (iii) a showing of good cause

(3) If the withdrawal would leave the party without an attorney of record, the motion must;
    [A]  provide the party's last known address and telephone number; and
    [B]  the attorney proposing to withdraw must arrange a hearing and give the client at least twenty (20) days written notice of the hearing, unless good cause is shown why a hearing should not be required.

The affidavit of counsel supplies a general setting for grounds on which withdrawal

from this suit may be made. Aff. Aschenbrenner, ¶5-6.  Aschenbrenner Law Offices has

requested a hearing.  Aff. Aschenbrenner, ¶9.

For these reasons, the court should grant ALO's motion for withdrawal as counsel for

Plaintiff James E. Johnson, Johnson Dealership, Inc., Motors, Inc. and Fairbanks Nissan, Inc.

*Compton v. Johnson et al*
Case No. 4:05-cv-00015-RRB
Memorandum in Support of Motion to Withdraw
Page 1

DATED at Fairbanks, Alaska this _30_ day of January, 2007.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Defendants

By:  _____
Peter J. Aschenbrenner
AK Bar No. 7210037

*Compton v. Johnson et al*
Case No. 4:05-cv-00015-RRB
Memorandum in Support of Motion to Withdraw
Page 2