```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


             COMPTON   v.   JOHNSON, et al.

DATE:    February 8, 2007    CASE NO.   4:05-cv-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING HEARING**
```
___

A hearing on the Motion for Leave to Withdraw as Attorneys at Docket 37 will be held on **Friday, March 2, 2007**, at **10:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. SCHEDULING HEARING