Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical Address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing Address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone: (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Defendants

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY COMPTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES E. JOHNSON, et al,<br><br>　　　　Defendants. | Case No. **4:05-cv-00015-RRB** |

### AFFIDAVIT OF MAILING

STATE OF ALASKA　　　　　　)
　　　　　　　　　　　　　　　):ss.
FOURTH JUDICIAL DISTRICT　)

　　I, Lauri C. Kobierowski, employee of Aschenbrenner Law Offices, Inc., being first duly sworn February 12, 2007, on oath, depose and state:

　　1.　　I am over 18 years of age.

　　2.　　On February 8, 2007, I did serve true and correct copies of the Minute Order from Chambers Scheduling Hearing, dated February 8, 2007 in the above referenced matter by both first class and certified mail.

　　3.　　Service was made by first class and certified mail, return receipt requested, to the following people at the following addresses:

Jim Johnson
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified # 7006 0810 0000 8257 8307

Johnson Dealerships, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified # 7006 0810 0000 8257 8291

Motors, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified # 7006 0810 0000 8257 8284

Fairbanks Nissan, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified #7006 0810 0000 8257 8314

Dated the day and year first listed herein above.

_____
Lauri C. Kobierowski

SUBSCRIBED and SWORN to before me this ___ day of February, 2007.

_____
Notary Public in and for Alaska
My Commission Expires _____

**CERTIFICATE OF SERVICE**

The undersigned states that she is an
Employee of Aschenbrenner Law Offices, Inc.
and she caused to be served on:

Gary A. Spraker
911 W. 8th Ave. Ste. 201
Anchorage, Alaska 99501

via ECF;

and

Jim Johnson
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Johnson Dealerships, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Motors, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Fairbanks Nissan, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

via First Class Mail;

a copy of the following:

1. Affidavit of Mailing

on the 13 day of Feb, 2007 in accordance with Civil Rule 5.

_Lauri C. Schenauski_