Gary A. Spraker, Esq.
Alaska Bar No. 9107066
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY COMPTON, TRUSTEE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES E. JOHNSON, JOHNSON ) <br> DEALERSHIPS, INC., MOTORS, INC., ) <br> and FARIBANKS NISSAN, INC., ) <br> ) <br> Defendants. ) <br> _____) | **Case No. F05-0015 CV(RRB)** |

## PLAINTIFF'S STATUS REPORT

Larry Compton, Trustee, through undersigned counsel, files this status report with the Court pursuant to its prior orders. Previously the parties had agreed to resume settlement negotiations through a continued settlement conference before Judge Holland. After representing this to the Court at its December scheduling conference, the Trustee attempted to schedule the settlement conference and did not hear anything from Defendants. In January, the Trustee received information from another attorney representing Defendants who strongly suggested that the case be viewed in a different light. Defendants' current counsel of record subsequently advised that he was moving to withdraw as counsel. After conferring with each counsel, the Trustee is attempting to

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

verify the facts as now represented by Defendants.  Upon verification of such facts, the undersigned believes that there is a likelihood that the case will settle without the need for an additional settlement conference.  Verification of such facts is necessary as any settlement would be contingent upon approval from the Bankrutpcy Court under Federal Rule of Bankruptcy Procedure 9019, and the information at issue differs from information previously provided.  The undersigned does not believe that he will be able to make the necessary verifications by the March 2nd hearing currently scheduled on the pending motion to withdraw, but does believe that it should be completed by March 23, 2007, assuming the cooperation of all parties.

        DATED this 16th day of February, 2007.

                                  CHRISTIANSON  & SPRAKER
                                  Attorneys for Larry Compton, Trustee

                                  By:   /s/ Gary Spraker
                                      Gary Spraker
                                      CHRISTIANSON & SPRAKER
                                      911 West 8th Avenue, Suite 201
                                      Anchorage, AK 99501
                                      Phone: (907) 258-6016
                                      Fax: (907) 258-2026
                                      E-mail: gary@cslawyers.net
                                      Alaska Bar No. 9107066

     The undersigned hereby certifies that on this 16th day of February, 2007, a true and correct copy of the above document was served on:

- Peter J. Aschenbrenner, Esq.        - Greg Oczkus, Esq.
 Aschenbrenner Law Office           202 Hafling Building
 P.O. Box 73998                       430 West 7th Avenue
 Fairbanks, AK 99707               Anchorage, Alaska 99501

Page 2    Plaintiff's Status Report
             H:\2808\US District Court Case\Status Report III.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By: /s/Susan VanSchooten
   Susan VanSchooten