## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA


 COMPTON    v.  JOHNSON, et al.

DATE:   March 2, 2007      CASE NO.   4:05-cv-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                RESCHEDULING HEARING**

═══════════════════════════════════════════════════════

        In response to Plaintiff's Status Report filed at
Docket 44, a status hearing on settlement negotiations and the
pending Motion for Leave to Withdraw as Attorneys at Docket 37 will
be held on **Thursday, April 5, 2007** at **9:30 a.m.,** in Courtroom 1 in
Fairbanks, Alaska.

M.O. RESCHEDULING HEARING