Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical Address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing Address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone: (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Defendants

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ALASKA

LARRY COMPTON,

          Plaintiff,

vs.

JAMES E. JOHNSON, et al,

          Defendants.

Case No. **4:05-cv-00015-RRB**

## AFFIDAVIT OF MAILING

STATE OF ALASKA          )
                               )：ss.
FOURTH JUDICIAL DISTRICT    )

I, Lauri C. Kobierowski, employee of Aschenbrenner Law Offices, Inc., being first duly sworn _3-16-07_, on oath, depose and state:

1.    I am over 18 years of age.

2.    On March 2, 2007, I did serve true and correct copies of the Minute Order from Chambers dated March 2, 2007, Rescheduling Hearing to Thursday, April 5, 2007 at 9:30, in the above referenced matter by both first class and certified mail.

3.    Service was made by first class and certified mail, return receipt requested, to the following people at the following addresses:

Jim Johnson
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified # 7100 0000 0010 3086 0747

James E. Johnson
c/o Affordable Loans
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified #7100 0000 0010 3086 0730

Johnson Dealerships, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified # 7100 0000 0010 3086 0754

Motors, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified # 7100 0000 0010 3086 0761

Fairbanks Nissan, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503
Certified #7100 0000 0010 3086 0778

4.      Copies of the returned, signed green cards indicating receipt are attached hereto.

Dated the day and year first listed herein above.

_____
Lauri C. Kobierowski

SUBSCRIBED and SWORN to before me this _16_ day of March, 2007.

_____
Notary Public in and for Alaska
My Commission Expires 11/12/07

## CERTIFICATE OF SERVICE

The undersigned states that she is an
Employee of Aschenbrenner Law Offices, Inc.
and she caused to be served on:

Gary A. Spraker
911 W. 8th Ave. Ste. 201
Anchorage, Alaska 99501

via ECF;

and

Jim Johnson
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Johnson Dealerships, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Motors, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Fairbanks Nissan, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

via First Class Mail;

a copy of the following:

      1.      Affidavit of Mailing

on the 16th day of March, 2007 in accordance
with Civil Rule 5.

_____

ASCHENBRENNER LAW OFFICE, INC.
P.O. BOX 73998
FAIRBANKS, AK 99707

| 4. Restricted Delivery? | 3. Service Type |
|---|---|
| (Extra Fee) ☐ Yes | CERTIFIED |
| 2. Article Number | |
| 7100 0000 0010 3086 0778 | |

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)
JOSIE RODRIGO

C. Date of Delivery
3-5-07

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City        State        ZIP + 4 Code

7100 0000 0010 3086 0778

1. Article Addressed To:

FAIRBANKS NISSAN, INC.
C/O AFFORDABLE LOANS
750 E FIREWEED LANE, SUITE 101
ANCHORAGE AK 99501

---

ASCHENBRENNER LAW OFFICE, INC.
P.O. BOX 73998
FAIRBANKS, AK 99707

| 4. Restricted Delivery? | 3. Service Type |
|---|---|
| (Extra Fee) ☐ Yes | CERTIFIED |
| 2. Article Number | |
| 7100 0000 0010 3086 0747 | |

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)
Josie Rodrige

C. Date of Delivery
3-5-07

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City        State        ZIP + 4 Code

7100 0000 0010 3086 0747

1. Article Addressed To:

JIM JOHNSON
C/O AFFORDABLE LOANS
750 E FIREWEED LANE, SUITE 101
ANCHORAGE AK 99501

ASCHENBRENNER LAW OFFICE, INC.
P.O. BOX 73998
FAIRBANKS, AK 99707

| 4. Restricted Delivery? | 3. Service Type |
|---|---|
| (Extra Fee) ☐ Yes | CERTIFIED |

2. Article Number

7100 0000 0010 3086 0754

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)
Josie Rodrig

C. Date of Delivery
3-5-07

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

| City | State | ZIP + 4 Code |

7100 0000 0010 3086 0754

1. Article Addressed To:

JOHNSON DEALERSHIP
C/O AFFORDABLE LOANS
750 E FIREWEED LANE, SUITE 101
ANCHORAGE AK 99501

---

ASCHENBRENNER LAW OFFICE, INC.
P.O. BOX 73998
FAIRBANKS, AK 99707

| 4. Restricted Delivery? | 3. Service Type |
|---|---|
| (Extra Fee) ☐ Yes | CERTIFIED |

2. Article Number

7100 0000 0010 3086 0761

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Please Print Clearly)
Josie Rodrig

C. Date of Delivery
3-5-07

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

| City | State | ZIP + 4 Code |

7100 0000 0010 3086 0761

1. Article Addressed To:



MOTORS, INC.
C/O AFFORDABLE LOANS
750 E FIREWEED LANE, SUITE 101
ANCHORAGE AK 99501

ASCHENBRENNER LAW OFFICE, INC.
P.O. BOX 73998
FAIRBANKS, AK 99707

**4. Restricted Delivery?**
(Extra Fee)  ☐ Yes

**3. Service Type**
CERTIFIED

**2. Article Number**
7100 0000 0010 3086 0730

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Addressee or ☐ Agent
X

B. Received By: (Please Print Clearly)
Josie Rodney

C. Date of Delivery
3-5-07

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City _____ State _____ ZIP + 4 Code

7100 0000 0010 3086 0730

**1. Article Addressed To:**

JAMES E. JOHNSON
C/O AFFORDABLE LOANS
750 E FIREWEED LANE, SUITE 101
ANCHORAGE, AK 99501