```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

   LARRY COMPTON                vs.      JAMES JOHNSON, et al

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO 4:05-cv-00015-RRB

DEPUTY CLERK/RECORDER:   CAROLYN BOLLMAN

APPEARANCES:    PLAINTIFF:    GARY SPRAKER

                DEFENDANT:    PETER ASCHENBRENNER

PROCEEDINGS: HEARING ON MOTION TO WITHDRAW   Held: April 5, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:39 a.m. court convened.

Court and counsel heard re motion to withdraw.

Motion to withdraw GRANTED.

At 9:44 a.m. court adjourned.

DATE: 04/05/2007                DEPUTY CLERK'S INITIALS:   cpb