Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical Address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing Address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone: (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY COMPTON,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES E. JOHNSON, et al,<br><br>        Defendants. | Case No. **4:05-cv-00015-RRB** |

### ORDER FOR WITHDRAWAL

THIS MATTER having come before this Court on Aschenbrenner Law Offices, Inc.'s Motion for Leave to Withdraw as Attorneys, any opposition thereto, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Aschenbrenner Law Offices, Inc. may withdraw as attorneys of record for Defendants James E. Johnson, Johnson Dealership, Inc., Motors, In., and Fairbanks Nissan, Inc. Pending further designation from James E. Johnson, the last-known and current address and telephone number of said Defendants are as follows:

Jim Johnson
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Johnson Dealerships, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

*Compton v. Johnson et al*
Case No. 4:05-cv-00015-RRB
Order for Withdrawal

Motors, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Fairbanks Nissan, Inc.
c/o Affordable Loan
750 E. Fireweed Lane, Ste. 101
Anchorage, AK 99503

Defendants' contact numbers are :   907 646-0660

DATED at Fairbanks, Alaska this 5 day of April, 2007.

REDACTED SIGNATURE

District Court Judge

*Compton v. Johnson et al*
Case No. 4:05-cv-00015-RRB
Order for Withdrawal