Gary A. Spraker, Esq.
Alaska Bar No. 9107066
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY COMPTON, TRUSTEE, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| JAMES E. JOHNSON, JOHNSON | ) |
| DEALERSHIPS, INC., MOTORS, INC., | ) |
| and FARIBANKS NISSAN, INC., | ) |
| | ) |
| Defendants. | ) **Case No.  F05-0015 CV(RRB)** |

## PLAINTIFF'S STATUS REPORT

Plaintiff Larry Compton, Trustee, through undersigned counsel, files this status report with the Court pursuant to its *Minute Order* dated February 1, 2008.  The case has settled, and the settlement has been approved by the Bankruptcy Court.  Defendants have complied with their settlement obligations.  Accordingly, the case may be dismissed with the parties to bear their own fees and costs.

///

///

///

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

DATED this 15th day of February, 2008.

CHRISTIANSON & SPRAKER
Attorneys for Larry Compton, Trustee


By:   /s/ Gary Spraker
      Gary Spraker

The undersigned hereby certifies that on this 15th day of February, 2008, a true and correct copy of the above document was served on:

- James Johnson                        - Greg Oczkus, Esq.
  750 Fireweed Lane, Suite 101           202 Hafling Building
  Anchorage, AK 99503                    430 West 7th Avenue
                                         Anchorage, Alaska 99501


By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:   /s/Susan VanSchooten
      Susan VanSchooten

Page 2   Plaintiff's Status Report
         H:\2808\US District Court Case\Status Report - Dismissal.wpd